**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Roberto OCHOA–SILVA, Defendant–Appellant.**

No. 99–10088.

D.C. No. CR–98–01386–RCC.

United States Court of Appeals, Ninth Circuit.

Submitted July 9, 2001.*

Decided July 19, 2001.

Before KOZINSKI, T.G. NELSON and TALLMAN, Circuit Judges.

MEMORANDUM **

Roberto Ochoa–Silva appeals his single count conviction, pursuant to a guilty plea, and sentence for illegal reentry after deportation in violation of 8 U.S.C. §§ 1326(a) and 1326(b)(2).

Ochoa–Silva's attorney has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and has moved to withdraw as counsel of record. Ochoa–Silva did not file a pro se supplemental brief.

Because our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 83–84, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), indicates that the plea agreement, including the waiver of the right to appeal, was entered knowingly and voluntarily, *United States v. Aguilar–Muniz*, 156 F.3d 974, 976 (9th Cir.1998) (waiver of right to appeal is valid if knowing and voluntary), we enforce the waiver, grant counsel's motion to withdraw, and dismiss the appeal.

We REMAND to the district court with directions to correct the judgment of conviction to exclude the reference to 8 U.S.C. § 1326(b)(2), consistent with *United States v. Rivera–Sanchez*, 222 F.3d 1057 (9th Cir. 2000). *United States v. Herrera–Blanco*, 232 F.3d 715, 719 (9th Cir.2000).

DISMISSED.

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.